# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DAVID ALLEN,**

      **Plaintiff,**

v.     Case No: 6:22-cv-1573-PGB-EJK

**FARAH PETION INSURANCE AGENCY LLC and FARAH PETION,**

      **Defendants.**
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion to Approve Fair Labor Standards Act Settlement and to Dismiss Action with Prejudice filed March 7, 2023. (Doc. 25 (the "**Motion**")). The Motion includes as an exhibit the parties' agreed upon settlement terms. (Doc. 25-1 (the "**Settlement Agreement**")). Magistrate Judge Embry J. Kidd submitted a Report recommending that the Motion be granted in part and denied in part. (Doc. 26). The parties have filed a joint notice of non-objection. (Doc. 27).

Accordingly, after an independent *de novo* review of the record in this matter, and noting that no objections will be timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 17, 2023 (Doc. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The parties' Motion (Doc. 25) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The Court **FINDS** that the parties' Settlement Agreement (Doc. 25-1) is a fair and reasonable resolution of Plaintiff's *bona fide* disputes under the Fair Labor Standards Act;

    b. Plaintiff's claims against Defendants in the Complaint (Doc. 1) are **DISMISSED WITH PREJUDICE**;

    c. The Motion is otherwise **DENIED** to the extent that the Court declines to retain jurisdiction over this matter; and

3. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 24, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties